IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CSG SYSTEMS, INC., | § § § § § § § § § § | |
| Plaintiff | | |
| v. | | NO. 2:12-cv-00712-JRG |
| TOA TECHNOLOGIES, INC., | | |
| Defendant. | | |

**NOTICE OF APPEARANCE OF ATTORNEY FOR DEFENDANT
TOA TECHNOLOGIES, INC.**

Notice is hereby given that I. Neel Chatterjee of Orrick Herrington & Sutcliffe, LLP enters his appearance on behalf of Defendant TOA Technologies, Inc. ("TOA") as attorney of record for this matter.

I. Neel Chatterjee may receive all communications from the Court and from other parties at Orrick, Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025, Telephone (650) 614-7400, Fax (650) 614-7401, Email: nchatterjee@orrick.com.

/ / /

OHSUSA:752838315.1

-2-

Dated: January 9, 2013

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ I. Neel Chatterjee*
    Robert M. Isackson
    (NY Bar No. 1843572)
    rmisackson@orrick.com
    51 W 52nd Street
    New York, New York 10019-6142
    Telephone: +1-212-506-5000
    Facsimile: +1-212-506-5151

    I. Neel Chatterjee
    (CA Bar No. 173985)
    nchatterjee@orrick.com
    Robert L. Uriarte
    (CA Bar No. 258274)
    ruriarte@orrick.com
    1000 Marsh Road
    Menlo Park, California 94025
    Telephone: +1-650-614-7400
    Facsimile: +1-650-614-7401

    Harry L. Gillman, Jr.
    (TX Bar No. 07921800)
    GILLAM & SMITH
    303 S. Washington Avenue
    Marshall, TX 75670
    Telephone: +1-903-934-8450
    Facsimile: +1-903-934-9257
    gil@gillamsmithlaw.com

Attorneys for Defendant
TOA TECHNOLOGIES, INC.

OHSUSA:752838315.1

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by email transmission and first class mail.

Dated: January 9, 2013

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee

OHSUSA:752838315.1