# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CSG SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-712 JRG |
| | § | |
| TOA TECHNOLOGIES, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that William Robert Lamb of Gillam & Smith, L.L.P. enters his appearance on behalf of Defendant **TOA Technologies, Inc.** in this matter as additional counsel.

William Robert Lamb may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: wrlamb@gillamsmithlaw.com.

Dated:  February 6, 2013                                                        Respectfully submitted,

                                                                        */s/William Robert Lamb*
                                                                        William Robert Lamb
                                                                        Texas State Bar No. 24080997
                                                                        GILLAM & SMITH, L.L.P.
                                                                        303 South Washington Avenue
                                                                        Marshall, Texas 75670
                                                                        Telephone: (903) 934-8450
                                                                        Facsimile: (903) 934-9257
                                                                        E-mail: wrlamb@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 4, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/William Robert Lamb*
William Robert Lamb