IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CSG SYSTEMS, INC., | ) CASE NO. 1:13-cv-02306-DAP |
| Plaintiff, | ) |
| v. | ) JUDGE DAN AARON POLSTER |
| TOA TECHNOLOGIES, INC., | ) **NOTICE OF APPEARANCE OF** |
| Defendant. | ) **ADDITIONAL COUNSEL** |

Please take notice that Jay R. Campbell of Tucker Ellis LLP hereby enters his appearance as additional counsel for Plaintiff CSG Systems, Inc. in the above-captioned matter.

Respectfully submitted,

s/ Jay R. Campbell
Jay R. Campbell (0041293)
Megan R. Miller (0085522)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Telephone:  216.592.5000
Facsimile:  216.592.5009
E-mail:  jay.campbell@tuckerellis.com
         megan.miller@tuckerellis.com

*Attorneys for Plaintiff CSG Systems, Inc.*

1845781.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, a copy of the foregoing Notice of Appearance of Additional Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jay R. Campbell
Jay R. Campbell (0041293)
Megan R. Miller (0085522)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Tel:            216.592.5000
Fax:           216.592.5009
E-mail:       jay.campbell@tuckerellis.com
                   megan.miller@tuckerellis.com

*Attorneys for Plaintiff CSG Systems, Inc.*
