IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CSG SYSTEMS, INC., | ) CASE NO. 1:13-cv-02306-DAP |
| Plaintiff and Counterclaim Defendant, | ) JUDGE: DAN AARON POLSTER |
| v. | ) |
| TOA TECHNOLOGIES, INC., | ) |
| Defendant and Counterclaim Plaintiff. | ) |

## **STIPULATION AND ORDER**

The parties to this action have executed a written confidential settlement agreement (the "Settlement Agreement") settling all actual and potential claims between them, including the actual and potential claims and counterclaims in this action.  Their claims and counterclaims having being dismissed, the parties stipulate and request that this Court retain jurisdiction to enforce any disputes that may arise from the settlement or Settlement Agreement.

IT IS SO ORDERED.


Dated:  March  31 , 2014            /s/Dan Aaron Polster
                                    Hon. Dan Aaron Polster
                                    United States District Judge

Respectfully submitted this 28th day of March, 2014.

| | |
|---|---|
| /s/ Case Collard | /s/ Ryan C. Micallef |
| Lee F. Johnston, *Pro Hac Vice* | Robert M. Isackson, *Pro Hac Vice* |
| Case Collard, *Pro Hac Vice* | Ryan C. Micallef, *Pro Hac Vice* |
| DORSEY & WHITNEY, LLP | ORRICK, HERRINGTON & SUTCLIFFE - NEW YORK |
| 1400 Wewatta Street, Ste. 400 | 51 West 52 Street |
| Denver, CO 80202 | New York, NY 10019 |
| Telephone: 303-629-3400 | Telephone: 212-506-5280 |
| Fax: 303-629-3450 | Fax: 212-506-5151 |
| Email: johnston.lee@dorsey.com | Email: rmisackson@orrick.com |
| Email: collard.case@dorsey.com | Email: rmicallef@orrick.com |
| | |
| Jay R. Campbell (0041293) | Robert L. Uriarte |
| Megan R. Miller (0085522) | Indra N. Chatterjee, *Pro Hac Vice* |
| TUCKER ELLIS - CLEVELAND | ORRICK HERRINGTON & SUTCLIFFE - MENLO PARK |
| 950 Main Avenue, Ste. 1100 | 1000 Marsh Road |
| Cleveland, OH 44113 | Menlo Park, CA 94025 |
| Telephone: 216-592-5000 | Telephone: 650-614-7400 |
| Fax: 216-592-5009 | Fax: 650-614-7401 |
| Email: jay.campbell@tuckerellis.com | Email: ruriarte@orrick.com |
| Email: megan.miller@tuckerellis.com | |
| | Brett S. Krantz |
| ***Attorneys for Plaintiff and*** | Candice B. Miller |
| ***Counterclaim Defendant*** | Robert S. Gilmore |
| ***CSG Systems, Inc.*** | KOHRMAN, JACKSON & KRANTZ - CLEVELAND |
| | One Cleveland Center |
| | 1375 East Ninth Street, 20th Floor |
| | Cleveland, OH 44114 |
| | Telephone: 216-696-8700 |
| | Fax: 216-621-6536 |
| | Email: bk@kjk.com |
| | Email: cbm@kjk.com |
| | Email: rsg@kjk.com |
| | |
| | ***Attorneys for Defendant and*** |
| | ***Counterclaim Plaintiff*** |
| | ***TOA Technologies, Inc.*** |